IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANH NGUYEN, (A#45650332) | § § § § | |
| Petitioner, | § § | |
| v. | § | CIVIL ACTION NO. 4:18-cv-2423 |
| JEFF SESSIONS, *et al.*, | § § § | |
| Respondents. | § § | |

## ORDER OF DISMISSAL

For the reasons set forth in the Court's Memorandum and Order entered on this date, this case is **DISMISSED** without prejudice as moot.

SIGNED at Houston, Texas, on JUN 1 9 2019.

ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE